UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:21CV-00742-JHM

ANTHONY CAIN                                                                                          PLAINTIFF

V.

SGT. EVANS, *et al.*                                                                    DEFENDANTS

**ORDER**

Defendants move for another extension of time for discovery completion. [DN 161]. Defendants represent that they have answered another set of discovery requests received from Plaintiff in mid-November. Counsel states that he is still making efforts to obtain responses from several Defendants who are no longer employed by the Kentucky Department of Corrections ("KDOC"). At the same time, Plaintiff filed a Notice of Attempt to Resolve a Discovery Dispute [DN 162] indicating that he had not received requested discovery. Because Plaintiff did not indicate what discovery he has yet to receive, the Court assumes for purposes of this Order that the Notice pertains to the Defendants who are no longer employed by KDOC as indicated by defense counsel.

Having reviewed the record, the Court will grant an extension of time up to and including December 28, 2023, for the completion of discovery.

For the reasons set forth above, **IT IS HEREBY ORDERED** as follows:

1. Defendants' motion for an extension of time [DN 161] is **GRANTED**. The parties shall complete all pretrial discovery herein no later than **December 28, 2023**. As a requirement of discovery, Defendants' counsel shall produce to Plaintiff all records or documentation relevant to the continuing claims. **Counsel shall certify that the production is complete and shall file the**

2

**certification with the Court**.  Within the same time, Plaintiff shall provide counsel for Defendants any records or documentation relevant to his continuing claims.  **Plaintiff shall certify that production is complete and shall file the certification with the Court**.

2.  All other deadlines set forth in the November 13, 2023, Memorandum and Order [DN 157] remain in full force and effect.

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*                                                December 14, 2023
        Counsel of Record
4414.014